UNITED STATES of America, Plaintiff–Appellee,

v.

**David Joe SHELTON, Defendant– Appellant.**

No. 06–7390.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 25, 2007.

Decided: Jan. 30, 2007.

David Joe Shelton, Appellant Pro Se. Steven Randall Ramseyer, Dennis H. Lee, Office of the United States Attorney, Abingdon, Virginia, for Appellee.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Joe Shelton appeals the district court's order dismissing without prejudice the civil action he brought challenging his conviction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Shelton*, No. 7:06–cv–00422–jpj (W.D.Va. July 19, 2006). We dispense with oral argument because the facts and legal conten-

tions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*